# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ADAM G. R.,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**Civil Action 2:22-cv-247**
**Judge Edmund A. Sargus**
**Magistrate Judge Chelsey M. Vascura**

## OPINION AND ORDER

Plaintiff, Adam G. R. brought this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying his application for Disability Insurance Benefits. The Magistrate Judge issued a Report and Recommendation on Plaintiff's Statement of Errors (ECF No. 7), the Commissioner's Memorandum in Opposition (ECF No. 10), and the administrative record (ECF No. 6) and recommended that the Court overrule the Commissioner's non-disability determination and remand this matter.

The time for objection has passed and no objection has been filed. For the reasons set forth by the Magistrate Judge, this Court **ADOPTS** her Report and Recommendation, **OVERRULES** the Commissioner's non-disability finding, and **REMANDS** this case pursuant to Sentence Four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

**10/3/2022**  
**DATE**

**s/Edmund A. Sargus, Jr.**  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**